BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; Tucker v. Cullman-Jefferson Counties Gas Dist., 864 So.2d 317, 319 (Ala.2003); and Dykes v. Lane Trucking, Inc. 652 So.2d 248, 251 (Ala.1994).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala.Code 1975.
CRAWLEY, P.J., and THOMPSON, J., concur,
PITTMAN, J., concurs specially, with writing.
MURDOCK, J., dissents, without writing.